**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| HRANT BABKENI MUSAKHANYAN,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | Case No. 5:26-cv-06482-JMS-DFM<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a de novo review of the objections that were filed.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge is APPROVED and ACCEPTED.

2. The Petition for Writ of Habeas Corpus is GRANTED IN PART as to Count One's claim under 8 C.F.R. § 241.4(l)(1).

3. Respondent Fereti Semaia, Warden of the Adelanto ICE Processing Center, is directed to release Petitioner Hrant Babkeni

Musakhanyan (A# 096-146-018) immediately upon entry of this Order, on the conditions of supervision in effect immediately before his re-detention on or about October 23, 2026, including the Order of Supervision dated September 10, 2024, and his subsequent ISAP conditions.

4. Respondents shall file a notice confirming Petitioner's release within one (1) court day after his release.

5. The due process theory of Count One and Counts Two through Five are DISMISSED WITHOUT PREJUDICE.

6. Petitioner's remaining requests for relief are DENIED WITHOUT PREJUDICE.

7. Judgment shall be entered accordingly.

Date: November 24, 2026.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge