JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| HRANT BABKENI MUSAKHANYAN,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | Case No. 5:26-cv-06482-JMS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Petition for Writ of Habeas Corpus is GRANTED IN PART as to Count One's claim under 8 C.F.R. § 241.4(l)(1).

2. Respondents are directed to immediately release Petitioner Hrant Babkeni Musakhanyan (A# 096-146-018) from custody on the conditions of supervision in effect immediately before his re-detention on or about October 23, 2026, including the Order of Supervision dated September 10, 2024, and

his subsequent ISAP conditions, without requiring any additional bond payment as a condition of release.

3. The remaining claims and counts of the Petition are DISMISSED WITHOUT PREJUDICE.

Date: November 25, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge